UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:12-cr-303-T-33TBM

RODRICK MARQUIS SALTER and
COURTNEY LEMAR ALLEN
_____/

**ORDER**

This matter is before the Court sua sponte. Defendants Salter and Allen were indicted on July 26, 2012, and face a single conspiracy drug charge. (Doc. # 1). Initially, Salter was represented by the Office of the Federal Defender. However, due to a conflict, the Federal Defender no longer represents Salter. Thomas H. Ostrander, Esq. entered a notice of appearance on behalf of Salter on September 18, 2012. (Doc. # 24). Ostrander has not yet moved to continue the trial; however, the Court is under the impression that he will seek a continuance because he is new to the case, and the case is currently on the Court's October 2012, trial term calendar. Counsel for Allen, on the other hand, has consistently maintained that he is ready for trial and has expressed his preference that this case be tried in October 2012.

At this juncture, the Court is faced with the issue of calculating Speedy Trial when there are two defendants and only one of those defendants is ready for trial. The Court

understands that:

> Excludable from Speedy Trial calculation is "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted." 18 U.S.C. § 3161(h)(7). The effect of § 3161(h)(7) is that a delay attributable to one defendant is excludable not only as to him but also to his codefendants. Hence, whatever stops the Speedy Trial clock for one defendant stops the clock for all codefendants, subject, however, to the requirement that the delay be reasonable. <u>United States v. Campbell</u>, 706 F.2d 1138, 1142 (11th Cir. 1983); <u>United States v. Struyf</u>, 701 F.2d 875, 878 (11th Cir. 1983); <u>United States v. Stafford</u>, 697 F.2d 1368, 1372 (11th Cir. 1983); <u>United States v. Tobin</u>, 840 F.2d 867, 869 (11th Cir. 1988)(noting the reasonableness requirement in § 3161(h)(7)).

<u>United States v. Noriega</u>, 746 F. Supp. 1548, 1559 (S.D. Fla. 1990).

Thus, Salter is directed to advise the Court by October 3, 2012, as to whether he plans to seek a continuance of the trial. In addition, if either party disagrees with the Court's discussion of Speedy Trial stated above, that party must provide by October 3, 2012, a memorandum with citations to legal authority explaining the contrary position.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

The parties are directed to provide the Court with information as discussed above by October 3, 2012.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 26th day of September 2012.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record